**James MCGEE, Petitioner**

v.

**ST. LUKE'S HEALTH NETWORK d/b/a St. Luke's Hospital & Health Network, and John P. Bruno, DO, MBA, Respondents**

No. 228 MAL 2017

Supreme Court of Pennsylvania.

September 12, 2017

## ORDER

PER CURIAM

**AND NOW**, this 12th day of September, 2017, the Petition for Allowance of Appeal is **DENIED**.

Petitioner's "Application for Leave to File a Response to the Answer of Respondents to the Petition for Allowance of Appeal" is **DENIED**.

Petitioner's "Application for Leave to File a Reply to Answer of Respondents to Petitioner's Application for Leave to File a Response" is **DENIED**.

**Richard George SCHMIDT, M.D.**

v.

**Steven LEBOON & Cassandra Leboon**

Petition of: Steven Leboon

No. 184 MAL 2017

Supreme Court of Pennsylvania.

September 12, 2017

## ORDER

PER CURIAM

**AND NOW**, this 12th day of September, 2017, the Petition for Allowance of Appeal is **DENIED**.

Justice Wecht did not participate in the consideration or decision of this matter.